No. 78–6826. Boag *v.* Cardwell, Warden. C. A. 9th Cir. Certiorari denied.

No. 78–6827. Stutzman *v.* Maryland. Ct. App. Md. Certiorari denied.

No. 78–6828. Calicutt *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 78–6829. Tracy *v.* City of Danville, Virginia. C. A. 4th Cir. Certiorari denied.

No. 78–6830. Belcher *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 78–6832. Strader *v.* Garrison, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 78–6833. Gabriel *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 78–6835. Chessa *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 78–6836. Rico *v.* Secretary of Health, Education, and Welfare. C. A. 1st Cir. Certiorari denied.

No. 78–6837. Kluska *v.* Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 78–6838. Bryant *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 78–6841. Redding *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 78–6842. Poole *v.* United States. C. A. 5th Cir. Certiorari denied.